PROB 12B
(7/93)

Report Date: June 18, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 27 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jaime Andrade                                    Case Number: 2:03CR02022-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Court Judge

Date of Original Sentence: 10/23/2003                              Type of Supervision:   Supervised Release

Original Offense: Possessesion With Intent to                      Date Supervision Commenced: 6/15/2007
Distribute a Controlled Substance, 21 U.S.C. §
841(a)(1)

Original Sentence: Prison - 63 Months; TSR - 48                    Date Supervision Expires: 6/14/2011
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

16   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
     directed by the supervising probation officer, but no more than six tests per month, in order to confirm
     continued abstinence from these substances.

### CAUSE

Mr. Andrade was released from custody on June 15, 2007. The probation office requests Mr. Andrade's conditions of supervised release be modified to include not more than six urinalysis submissions per month to comply with the United States v. Stephens 424 F. 3d 876 (9th Cir. 205).

                                                                 Respectfully submitted,

                                                          by     *[signature]*
                                                                 Samuel Najera
                                                                 U.S. Probation Officer
                                                                 Date: June 18, 2007

Prob 12B
**Re: Andrade, Jaime**
**June 18, 2007**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

6/27/07

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

16    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____  Signed: _____
Samuel Najera                                        Jaime Andrade
U.S. Probation Officer                             Probationer or Supervised Releasee

June 18, 2007
Date